1  MARC L. JACUZZI, BAR NO. 173220
   JAMIE RUDMAN, BAR NO. 166727
2  SIMPSON, GARRITY, INNES & JACUZZI
   Professional Corporation
3  601 Gateway Boulevard, Suite 950
   South San Francisco, CA  94080
4  Telephone:  (650) 615-4860
   Fax:  (650) 615-4861
5

6  Attorneys for Defendant Collier Warehouse, Inc.

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 DAVID VALDEZ MORENO (formerly known as          )  Case No. CV 09 03927 JSW
   "VALDEZ"), ROBERT VICE, PETER TANEV,            )
13 and YURY TIMCHENKO,                             )
                                                   )  ~~[PROPOSED]~~ ORDER GRANTING
14                      Plaintiffs,                )  DEFENDANT COLLIER   STIPULATION
                                                   )  WAREHOUSE, INC.'S ~~MOTION FOR~~
15            v.                                    )  ~~ADMINISTRATIVE RELIEF~~ TO
                                                   )  EXTEND TIME TO FILE
16 COLLIER WAREHOUSE, INC., a California           )  CERTIFICATION THAT DISCOVERY
   corporation, and DOES 1 through 10,             )  SUPPLEMENTATION HAS BEEN
17                                                 )  COMPLETED (L.R. 7-11)
                      Defendants.                  )
18                                                 )
                                                   )
19                                                 )  Courtroom:  11, 19th Floor
                                                   )  Judge:  Hon. Jeffrey S. White
20                                                 )
                                                   )
21 _____ )

22

23

24

25

26

27

28
   {CLIENT FILES\30860\3\00132478.DOC}                                          - 1 -

Defendant Collier Warehouse, Inc.'s ("Defendant") Motion for Administrative Relief to Extend Time to File Certification That Discovery Supplementation Has Been Completed was submitted for determination on May 11, 2010. After fully considering the moving papers, the Court finds that good cause exists to grant Defendant's Motion. Therefore, By stipulation,

IT IS HEREBY ORDERED THAT Defendant's Motion for Administrative Relief to Extend Time to File Certification That Discovery Supplementation Has Been Completed is GRANTED and the deadline for Plaintiffs David Valdez Moreno, Robert Vice, Peter Tanev, and Yury Timchenko and Defendant to file their certification that discovery supplementation has been completed is extended to June 4, 2010.

Date:_ May 27 _____, 2010

_____
HON.
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE CERTIFICATION THAT DISCOVERY SUPPLEMENTATION HAS BEEN COMPLETED